IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:10-CR-42 |
| ) | |
| STEVEN BLAINE CHURCH ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the government's motion for a continuance of the plea deadline and the trial [doc. 16]. The government says that a continuance is needed to complete plea negotiations. The negotiations were necessarily delayed because of the forensic examination of the defendant's computers. The defendant, through his counsel, does not object to the government's motion.

The court finds the government's motion well taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court finds that the failure to grant the motion would deny the parties the necessary to time to complete their discovery and plea negotiations. 18 U.S.C. § 3161(h)(7)(B)(iv). The government's motion requires a delay in the proceedings, therefore, all the time from the filing of the defendant's

motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Therefore, it is hereby **ORDERED** that the defendant's motion is **GRANTED**, and this criminal case is **CONTINUED** to Wednesday, **August 4, 2010, at 9:00 a.m.** The new plea cutoff date is Wednesday, July 28, 2010.

ENTER:

    *s/ Leon Jordan*
United States District Judge